IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAURICE DAVIS | ) | |
| | ) | |
| VS. | ) | 3-97-CV-2512-G |
| | ) | |
| CITY OF IRVING, TEXAS POLICE DEPARTMENT | ) ) | |

ENTERED ON DOCKET
NOV - 3 1997 PURSUANT
TO F.R.C.P. RULES
58 AND 79a

**O R D E R**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

SIGNED AND ENTERED this __3__ day of __November__, 1997.

_____
UNITED STATES DISTRICT JUDGE

